

**U.S. Department of Homeland Security**
500 C Street, S.W. Mail Stop 3172
Washington, DC  20472-3172

May 1, 2020

<u>**SENT VIA E-MAIL TO: foia@americanoversight.org**</u>

Mr. Austin R. Evers
Executive Director
American Oversight
1030 15th Street, NW
Washington, District of Columbia  20005

Re:  **FEMA FOIA Case Number 2020-FEFO-00665**

Dear Mr. Evers:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Federal Emergency Management Agency (FEMA), dated and received in this office on April 29, 2020.  You are seeking certain records related to supplies such as respirators, ventilators, and masks.  The desired date range is February 15, 2020 through present.

Your request is being referred to DHS for review and direct response to you. DHS contact information is as follows:

Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
FOIA@hq.dhs.gov

Please note this is not a denial of your FOIA request for FEMA's records. DHS will process your FOIA request and contact you regarding their release determination.

Thank you for your interest in FEMA.

                              Sincerely,

                              Brooke Nicholas
                              Lead Government Information Specialist
                              Information Management Division
                              Office of the Chief Administrative Officer
                              Federal Emergency Management Agency
                              U.S. Department of Homeland Security