

**U.S. Department of Homeland Security**
500 C Street, S.W. Mail Stop 3172
Washington, DC  20472-3172

June 26, 2020

**SENT VIA E-MAIL TO: foia@americanoversight.org**

Mr. Austin Evers
American Oversight
1030 15th Street, NW
Washington, District of Columbia  20005

Re:  **FEMA FOIA Case Number 2020-FEFO-00815**

Dear Mr. Evers:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Federal Emergency Management Agency (FEMA), dated and received in this office on June 18, 2020.  You are seeking the following records relating to the COVID-19 response:

"1. Records sufficient to show protocols, policies, and processes for receiving and tracking requests from states, territories, and the District of Columbia for supplies needed to respond to the novel coronavirus outbreak, including, but not limited to, ventilators, diagnostic equipment, and personal protective equipment (PPE).  Responsive records date range is from April 20, 2020, through the date of the search.

2. Records sufficient to show protocols, policies, and processes for distributing or directing the sale of supplies needed to respond to the novel coronavirus outbreak, including, but not limited to ventilators, diagnostic equipment, and personal protective equipment (PPE).  Responsive records date range is from April 20, 2020, through the date of the search.

3. Records sufficient to show distributions of personal protective equipment (PPE) from the Strategic National Stockpile (SNS).  Responsive records date range is from April 9, 2020, through the date of the search.

4. Records sufficient to show any and all distributions of equipment or supplies from the Strategic National Stockpile (SNS).  Responsive records date range is from April 9, 2020, through the date of the search."

**U.S. Department of Homeland Security**
500 C Street, S.W. Mail Stop 3172
Washington, DC  20472-3172



Your request is being referred to DHS for review and direct response to you. DHS contact information is as follows:

Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
FOIA@hq.dhs.gov

Please note this is not a denial of your FOIA request for FEMA's records. DHS will process your FOIA request and contact you regarding their release determination.

Thank you for your interest in FEMA.

Sincerely,

Brooke Nicholas
Lead Government Information Specialist
Information Management Division
Office of the Chief Administrative Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security