**U.S. Department of Homeland Security**
500 C Street, S.W. Mail Stop 3172
Washington, DC  20472-3172



July 1, 2020

**SENT VIA E-MAIL TO: foia@americanoversight.org**

Mr. Austin Evers
Executive Director
American Oversight
1030 15th Street NW, Suite B255
Washington, District of Columbia  20005

Re:  **FEMA FOIA Case Number 2020-FEFO-00825**

Dear Mr. Evers:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Federal Emergency Management Agency (FEMA), dated and received in this office on June 25, 2020.  You are seeking the following records.

1. The "V.I.P. Update" spreadsheet reportedly used by FEMA officials and/or private sector volunteers working with the Supply Chain Task Force to track "tips from political allies and associates of President Trump."
2. Records used to track, compile, or prioritize information provided by or on behalf of associates, allies, or acquaintances of President Trump or Jared Kushner to officials and/or volunteers, who have been involved in the cross-agency Supply Chain Stabilization Task Force.  This request would include but is not limited to the "V.I.P. Update" spreadsheet described above.  To be clear, American Oversight requests any and all records used to track, compile, or prioritize "tips" or other information, including solicitations or bids, from officials known to be associated with the President or Mr. Kushner.

The desired date range is March 13, 2020, through the date of the search.

It is our understanding that you submitted your request to DHS directly for review and direct response to you and FEMA was copied on for our visibility.  You may contact DHS with questions about your FOIA request using the following contact information:

Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
FOIA@hq.dhs.gov

**U.S. Department of Homeland Security**
500 C Street, S.W. Mail Stop 3172
Washington, DC  20472-3172



Please note this is not a denial of your FOIA request for FEMA's records.  DHS will process your FOIA request and contact you regarding their release determination.

Sincerely,

**Brooke Nicholas**
Lead Government Information Specialist
Disclosure Branch
Information Management Division
Office of the Chief Administrative Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security