# EXHIBIT J



**DEPARTMENT OF DEFENSE**
FREEDOM OF INFORMATION DIVISION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

Ref: 20-F-1296

Austin Evers
American Oversight
1030 15th Street N.W.
B255
Washington, D.C. 20005

Dear Mr. Evers:

    This is an interim response to your June 25, 2020 Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience. We received your request on June 25, 2020, and assigned it case number 20-F-1296. We ask that you use this number when referring to your request.

    Upon review of your request, we are granting expedited processing in accordance with our Department of Defense (DoD) Regulation found at 32 CFR Part 286. Your request has been placed in our expedited processing queue and is currently being worked. We have initiated the necessary search actions with the appropriate components of the Office of the Secretary of Defense (OSD).

    For your awareness, please understand that the granting of expedited processing does not provide for a guarantee that your request will be completed by a certain date, as all of our required procedures for searching and reviewing any records located must be followed. In fact, although we have already begun processing your request, we will not be able to respond within the FOIA's 20-day statutory time period as there are unusual circumstances which impact our ability to quickly process your request. The FOIA defines unusual circumstances as (a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other agencies or DoD components having a substantial interest in either the determination or the subject matter of the records. At least one, if not more of these scenarios applies or would likely apply to your request. While this office handles FOIA requests for OSD, the Joint Staff (JS) and other component offices, we do not actually hold their records and our office is not geographically located with these organizations. As we do not hold the records, until the required records searches are complete, we are unable to estimate the potential volume of records or the number of consultations that will be required to make a release determination. These circumstances impact the total time required to process your request to completion, so placing your request at the top of the FOIA queue, simply means that the work of processing your request is underway.

In your FOIA request, you ask for "a fee waiver." Decisions to waive or reduce fees are made on a case-by-case basis and we will make a determination concerning your fee waiver request at the conclusion of the search and assessment of responsive records, should they exist. However, please know that this office will only assess fees if we provide the final response to your FOIA request within the statutory time allotted by the FOIA or the responsive records total more than 5,000 pages, even after a good faith effort on our part to limit the scope of your request.

Your request has been placed in our complex processing queue and is being worked based on the order in which the request was received. Our current administrative workload is approximately 3,460 open requests.

In some instances, we have found that requesters who narrow the scope of their requests experience a reduction in the time needed to process their requests. If you wish to narrow the scope of your request or have questions about the foregoing, please do not hesitate to contact your Action Officer, Erica L. Beckett, at Erica.l.beckett.civ@mail.mil or 571-372-0411.

Additionally, if you have concerns about service received by our office, please contact a member of our Leadership Team at 571-372-0498 or Toll Free at 866-574-4970.

Should you wish to inquire about mediation services, you may contact the OSD/JS FOIA Public Liaison, Melissa S. Walker, at 571-372-0462 or by email at OSD.FOIALiaison@mail.mil, or the Office of Government Information Services (OGIS) at the National Archives and Records Administration. The contact information for OGIS is as follows:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road-OGIS
>College Park, MD 20740
>E-mail: ogis@nara.gov
>Telephone: 202-741-5770
>Fax: 202-741-5769
>Toll-free: 1-877-684-6448

You have the right to appeal to the appellate authority, Ms. Joo Chung, Director of Oversight and Compliance, Office of the Secretary of Defense, by writing directly to OCMO Office of the Chief Management Officer, 4800 Mark Center Drive, ATTN: DPCLTD, FOIA Appeals, Mailbox# 24, Alexandria, VA 22350-1700.

Your appeal must be postmarked within 90 calendar days of the date of this response. Alternatively, you may email your appeal to osd.foia-appeal@mail.mil. If you use email, please include the words "FOIA Appeal" in the subject of the email. Please also reference case number 20-F-1296 in any appeal correspondence.

We regret the delay in responding to your request and appreciate your patience. As previously stated, please contact your Action Officer, Erica L. Beckett, and reference FOIA case number 20-F-1296 if you have any questions or concerns.

Sincerely,

For *R. Strong*
Stephanie L. Carr
Chief

Enclosures:
As stated