UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-2195 (CRC) |

**JOINT STATUS REPORT**

Plaintiff American Oversight and Defendants, U.S. Department of Defense ("DOD"), Federal Emergency Management Agency ("FEMA"), and U.S. Department of Homeland Security ("DHS"), hereby submit the following Joint Status Report pursuant to the Court's Order dated September 15, 2020. Per the Court's Order, the parties met and conferred on October 8, 2020. There are eight requests at issue in this Freedom of Information Act ("FOIA") matter.

**DOD**

Request 20-F-1023:  DOD conducted a search for records responsive to this request and found no responsive records. A no records response letter will be sent to Plaintiff.

Request 20-F-1296:  DOD has one outstanding search with respect to this request.  DOD anticipates that the outstanding search will be completed by October 30, 2020.

1

Plaintiff has requested information concerning the searches DOD undertook for records responsive to each request, and the parties will confer as to the scope and parameters of those searches.

## FEMA[1]

Request 2020 FEFO-00665:  FEMA has initiated a search for responsive records.  At this point, FEMA does not have a date for when it anticipates this search to be completed.

Request 2020 FEFO-00815:  FEMA has initiated a search for responsive records.  At this point, FEMA does not have a date for when it anticipates this search to be completed.

Request 2020 FEFO-00825:  FEMA has initiated a search for responsive records.  At this point, FEMA does not have a date for when it anticipates this search to be completed.

Plaintiff notes its expectation that the processing of its FOIA requests take place promptly and on a reasonable schedule. Plaintiff is concerned that DHS's plan to have DHS HQ conduct an additional final review and determination separately from FEMA's determinations before responding to Plaintiff may create unnecessary delay in this process. DHS's choice to oversee processing of COVID-related FOIAs for its component agencies (which Plaintiff understands is atypical) should not prolong processing—particularly with respect to the requests at issue in this matter, for which DHS has granted expedited processing and involve matters of

---

[1] When a COVID related FOIA request is received by FEMA, the disclosure Branch at FEMA forwards the request to DHS HQ for response to the requester.  FEMA is still tasked with conducting the searches, review of records, and submitting proposed redactions to DHS.  Ultimately, DHS makes the final determination with respect to the redactions and provides the requester with a final determination.

urgent public interest. In the event that evidence indicates that DHS's involvement is creating undue delay in processing these requests, Plaintiff may seek relief from the Court.

## DHS

Request 2020 HQFO 01031:  Agency counsel is inquiring about the status of the searches associated with this request.

Request 2020 HQFO 01294:  Agency counsel is inquiring about the status of the searches associated with this request.

Request 2020 HQFO 01333:  Agency counsel is inquiring about the status of the searches associated with this request.

*Plaintiff's Statement Regarding DHS*

Plaintiff is concerned that DHS has provided no information concerning the status of Plaintiff's FOIA requests despite the Court's September 15, 2020 Minute Order that the parties "shall meet and confer prior to October 14, 2020." Plaintiff respectfully requests that the Court order DHS to meet and confer with Plaintiff on or before October 28, 2020, and provide an update to Plaintiff regarding whether DHS has initiated searches for responsive records; when DHS anticipates completing searches; and/or, if searches have been conducted, the volume of responsive records identified and when DHS anticipates making productions of responsive records.

**Joint Statement as to Further Proceedings**

Given that Defendants FEMA and DHS are still searching for records responsive to Plaintiff's requests, and the parties continue to confer concerning the scope of DOD's search, the parties do not know at this time whether there will be areas of substantive disagreement with respect to these FOIA requests.

In light of the above, the parties respectfully propose that they file a joint status report informing the Court of the status of this matter on or before November 12, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ *Katherine M. Anthony* | MICHAEL R. SHERWIN |
| Katherine M. Anthony | Acting United States Attorney |
| D.C. Bar No. 1630524 | |
| AMERICAN OVERSIGHT | DANIEL F. VAN HORN, D.C. Bar #924092 |
| 1030 15th St. NW | Chief, Civil Division |
| Washington, DC 20005 | |
| Phone: 202-897-3918 | By:  /s/ *Kathleene Molen* |
| Katherine.Anthony@americanoversight.org | KATHLEENE MOLEN |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | 555 4th Street, N.W. |
| | Washington, District of Columbia 20530 |
| | Telephone: 202-803-1572 |
| | Email: Kathleene.molen@usdoj.gov |
| | *Counsel for Defendants* |

Dated:  October 14, 2020