UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>               *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>               *Defendants*. | Civil Action No. 20-2195 (CRC) |

### [PLAINTIFF'S PROPOSED] ORDER

In view of the parties' Joint Status Report, it is hereby **ORDERED** that the U.S. Department of Homeland Security shall meet and confer with Plaintiff on or before October 28, 2020, and provide an update to Plaintiff regarding whether DHS has initiated searches for responsive records; when DHS anticipates completing searches; and/or, if searches have been conducted, the volume of responsive records identified and when DHS anticipates making productions of responsive records.

It is further **ORDERED** that the parties shall file a further Joint Status Report by no later than November 12, 2020, updating the Court on the status of Defendants' processing of Plaintiff's FOIA requests and any agreements reached between the parties regarding the processing of the FOIA requests.

_____                  _____
Date                                                                                  Christopher R. Cooper
                                                                                                          United States Court Judge