UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-2195 (CRC) |

### [DEFENDANTS' PROPOSED] ORDER

It is further **ORDERED** that the parties shall file a further Joint Status Report by no later than November 12, 2020, informing the Court of the status of this matter.

_____          _____
Date                                                             Christopher R. Cooper
                                                                       United States Court Judge