UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

        *Plaintiff,*

   v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

        *Defendants.*

Civil Action No. 20-2195 (CRC)

## JOINT STATUS REPORT

Plaintiff American Oversight and Defendants, U.S. Department of Defense ("DOD"), Federal Emergency Management Agency ("FEMA"), and U.S. Department of Homeland Security ("DHS"), hereby submit the following Joint Status Report pursuant to the Court's Order dated October 16, 2020. There are eight requests at issue in this Freedom of Information Act ("FOIA") matter.

### DOD

Request 20-F-1023: DOD conducted a search for records responsive to this request and found no responsive records. A no records response letter was sent to Plaintiff on October 19, 2020. Plaintiff has requested information concerning the search DOD undertook for records responsive to this request.

Request 20-F-1296: DOD has one outstanding search with respect to this request. Initial returns from this search returned no responsive records but have suggested an additional avenue for a

supplemental search. DOD anticipates that this additional search will be completed by mid-December. Plaintiff has requested information concerning the search DOD undertook for records responsive to this request and will confer with DOD once the outstanding search has been completed.

## FEMA[1]

Request 2020 FEFO-00665: FEMA has initiated a search for responsive records. Agency counsel has confirmed that the search is completed. The potentially responsive data is currently being uploaded to a review platform. Agency counsel anticipates this process to be complete by mid-December at which point FEMA anticipates that it will be able to provide a page count and a processing timeline.

Request 2020 FEFO-00815: FEMA has initiated a search for responsive records. The potentially responsive data is currently being uploaded to a review platform. Agency counsel anticipates this process to be complete by mid-December at which point FEMA anticipates that it will be able to provide a page count and a processing timeline.

Request 2020 FEFO-00825: FEMA has initiated a search for responsive records. The potentially responsive data is currently being uploaded to a review platform. Agency counsel anticipates this process to be complete by mid-December at which point FEMA anticipates that it will be able to provide a page count and a processing timeline.

---

[1] When a COVID related FOIA request is received by FEMA, the disclosure Branch at FEMA forwards the request to DHS HQ for response to the requester. FEMA is still tasked with conducting the searches, review of records, and submitting proposed redactions to DHS. Ultimately, DHS makes the final determination with respect to the redactions and provides the requester with a final determination.

**DHS**

Request 2020 HQFO 01031:  Agency counsel continues to inquire about the status of the searches associated with this request. The parties have agreed to discuss this request and associated searches in more detail no later than December 4, 2020.

Request 2020 HQFO 01294:  Agency counsel confirms that the search is completed for this request. There are no DHS-HQ records responsive to this request, the records located by FEMA are the records that are potentially responsive to this request.

Request 2020 HQFO 01333:  Agency counsel confirms that the search is completed for this request. There are no DHS-HQ records responsive to this request, the records located by FEMA are the records that are potentially responsive to this request.

     Plaintiff respectfully requests that the Court order the parties to meet and confer prior to December 4, 2020, to clarify outstanding issues remaining with the DHS and FEMA requests.

\* \* \* \* \*

     The parties respectfully requests that the Court order the parties to meet and confer prior to December 4, 2020, to resolve issues related to the remaining outstanding DHS request.  The parties further propose to file a joint status report updating the Court on a possible production timeline on or before December 21, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ *Katherine Anthony* | MICHAEL R. SHERWIN |
| Katherine Anthony | Acting United States Attorney |
| D.C. Bar No. 1630524 | |
| AMERICAN OVERSIGHT | DANIEL F. VAN HORN, D.C. Bar #924092 |
| 1030 15th St. NW | Chief, Civil Division |
| Washington, DC 20005 | |
| Phone: 202-897-3918 | By:  /s/ *Kathleene Molen* |
| Katherine.Anthony@americanoversight.org | KATHLEENE MOLEN |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | 555 4th Street, N.W. |
| | Washington, District of Columbia 20530 |
| | Telephone: 202-803-1572 |
| | Email: Kathleene.molen@usdoj.gov |
| | *Counsel for Defendants* |

Dated:  November 12, 2020