UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>       *Plaintiff,*<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>       *Defendants*. | Civil Action No. 20-2195 (CRC) |

### **[PROPOSED] ORDER**

In view of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall meet and confer by December 4, 2020, and it is further **ORDERED** that the parties shall file a Joint Status Report by no later than December 21, 2020, informing the Court of the status of this matter.

_____             _____
Date                                                                                Christopher R. Cooper
                                                                                          United States Court Judge